AMPERSAND·HOTEL CO., Respondent, v. GERMAN-AMERICAN INS. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. November ·13, 1912.) Action by the Ampersand Hotel Company against the German-American Insurance Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

---

ANDRUS, Respondent, v. BOARD OF EDUCATION, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Newell P. Andrus against the Board of Education. T. Farley, of New York City, for appellant. J. E. O'Brien, of New York City, for respondent. No opinion. Determination affirmed, with costs. Order filed.

---

ANDUJAR, Appellant, v. BOYD et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Antonio Andujar against John Boyd and others. H. Weismann, of Brooklyn, for appellant. W. R. Brinckerhoff, of New York City, and M. Steinbrink, of Brooklyn, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

---

APTHORP, Respondent, v. THURSTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Richard Apthorp, as administrator, etc., against Alfred J. Thurston, as administrator, etc. No opinion. Order granting motion as to costs reversed, with $10 costs and disbursements, and motion denied. See, also, 138 N. Y. Supp. 41.

---

ATLAS SHOE CO., Appellant, v. WILCOX, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by the Atlas Shoe Company against Frank B. Wilcox. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 136 N. Y. Supp. 1130.

---

AUSTIN v. ST. MARKS RESTAURANT CO. (Supreme Court, Appellate Term, First Department. December 4, 1912.) Appeal from Municipal Court, Borough of Manhattan, Seventh District.· Action by Edmund O. Austin against the St. Marks Restaurant Company. From a judgment in favor of the defendant, plaintiff appeals. Affirmed. Harvey T. Andrews, of New York City, for appellant. Marcus Schnitzer, of New York City, for respondent.

PER CURIAM. While the question of fact involved in this case may be a narrow one, it cannot be said that the judgment of the court below was not sustained by the evidence. The judgment must therefore be affirmed, with costs.

---

In·'re BACHRACH. In re EVANS. (Supreme Court, Appellate Division, First Department. November 29, 1912.) In the matter of Emma Bachrach. In the matter of Wm. S. Evans. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 137 N. Y. Supp. 794, 1110.

---

BANCHETTI v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Giovanni Banchetti, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Upon reargument, plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. See, also, 137 N. Y. Supp. 1110.

---

BANETT, Respondent, v. STROHMENGER, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Richard Banett against Mathias Strohmenger. F. K. Diefendorf, of New York City, for appellant. J. B. Henney, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

BARASHICK, Respondent, v. RITTER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 22, 1912.) Action by Abraham H. Barashick against Leo Ritter and another. J. Gans, of New York City, for appellants. O. A. Samuels, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 138 N. Y. Supp. 1106.

---

BARASHICK v. RITTER. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Abraham H. Barashick against Leo Ritter. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 1106.

---

BARTH, Appellant, v. KELLAND, Respondent. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Max Barth against Margaret Kelland. M. Schleimer, of ·New York City, for appellant. G. V. Brower, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

BATCHIS, Appellant, v. LEASK et al., Respondents. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Edmund Batchis against George Leask and others. H. W. Baird, of New York City, for appellant. J. H. Dougherty, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 App. Div. 713, 134 N. Y. Supp. 350.